UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHAHRIAR ALMASI, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> EQUILON ENTERPRISES, LLC, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No.: C 10-03458 JW (PSG) <br><br> **ORDER RE PARTIES' PROPOSED FORM OF PROTECTIVE ORDER** |

Currently pending before the court is the parties' proposed form of blanket protective order. As drafted, the proposed form of order is not acceptable to the court.[1] Rather than spend time identifying all of the problems with the proposed form of order, the court finds it more efficient to direct the parties to use the one of the court's model forms of protective order. Therefore,

IT IS HEREBY ORDERED that, no later than March 15, 2011, the parties shall submit a revised form of protective order based on one of the court's model forms of protective order available in the "Forms" section of the court's website (www.cand.uscourts.gov). If the parties believe that modification of the court's model form of order is reasonably necessary for the present

---

[1] For example, Paragraph 6 fails to restrict confidentiality designations to information that qualifies for protection under Rule 26(c) of the Federal Rules of Civil Procedure, and Paragraph 11 fails to restrict "Attorneys' Eyes Only" designations to extremely sensitive confidential information, the disclosure of which to another party or non-party would create a substantial risk of serious harm that could not be avoided by less restrictive means.

ORDER, *page 1*

action, they shall also submit a joint brief explaining what specific modification they seek, and why it is reasonably necessary for the present action. The parties shall also highlight any proposed modification by redline.

    IT IS FURTHER ORDERED that, pending entry of the final form of protective order, the handling of confidential information shall be governed by the provisions of the court's model "Stipulated Protective Order for Litigation Involving Patents, Highly Sensitive Confidential Information And/or Trade Secrets."

Dated: *February 11, 2011*

                                              PAUL S. GREWAL
                                              United States Magistrate Judge