IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Shahriar Almasi, et al., | NO. C 10-03458 JW |
| Plaintiffs, | **ORDER VACATING PRELIMINARY PRETRIAL CONFERENCE** |
| v. | |
| Equilon Enterprises, LLC, | |
| Defendant. | |

This case is scheduled for a Preliminary Pretrial Conference on March 28, 2011.  Pursuant to the Federal Rules of Civil Procedure and Local Rules of this Court, the parties conferred and duly submitted a Joint Case Management Statement.  (See Docket Item No. 37.)  In their Joint Statement, the parties do not propose a trial schedule as Defendant contends that it will file a Motion for Summary Judgment prior to the Preliminary Pretrial Conference and Plaintiffs have filed a Motion for Administrative Relief to extend the discovery schedule.  In light of the pending Motions, the Court finds that a Preliminary Pretrial Conference would be premature at this time.

Accordingly, the Court VACATES the March 28 Conference.  The Court will set a new Preliminary Pretrial Conference date in its Order addressing Defendant's Motion for Summary Judgment, if necessary.

Dated: March 23, 2011

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Jocelyn Dana Hannah jhannah@wilsonturnerkosmo.com
Robin Assaf Wofford rwofford@wilsonturnerkosmo.com
Thomas Paul Bleau bleaushark@aol.com

**Dated:  March 23, 2011**                                                          **Richard W. Wieking, Clerk**

                                                **By:      /s/ JW Chambers**
                                                         **Elizabeth Garcia**
                                                         **Courtroom Deputy**

United States District Court
For the Northern District of California