UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHAHRIAR ALMASI, ET AL.,<br><br>    Plaintiffs,<br><br>  v.<br><br>EQUILON ENTERPRISES, LLC,<br><br>    Defendant. | Case No.: 5:10-CV-03458 EJD<br><br>**ORDER REGARDING MOTION TO SEAL**<br><br>**(Re: Docket Nos. 88 and 99)** |

On October 5, 2011, Plaintiffs filed an administrative motion to file under seal Exhibits 1-29 in support of their opposition to the motion for summary judgment. On November 15, 2011, the court granted that motion only as to particular exhibits (the "November 15 Order").

IT IS HEREBY ORDERED that, no later than December 16, 2011, Plaintiffs shall electronically file under seal unredacted versions of all exhibits listed in the court's November 15 Order. Plaintiffs shall electronically file in the public record redacted versions of the exhibits that were only partially sealed pursuant to the November 15 Order. Additionally, Plaintiffs shall electronically file in the public record the exhibits that were not listed in the November 15 Order.

Dated: December 7, 2011

                                            EDWARD J. DAVILA
                                            United States District Judge